NOTE:  This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**AXONICS, INC.,**
*Appellant*

**v.**

**MEDTRONIC, INC.,**
*Appellee*

---

2022-1534

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2020-00713.

-------------------------------------------------

**MEDTRONIC, INC.,**
*Appellant*

**v.**

**AXONICS, INC.,**
*Appellee*

---

2022-1583

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2020-00713.

————————————————

## ON MOTION

————————————————

## O R D E R

Upon consideration of the unopposed motion of Medtronic, Inc. pursuant to Federal Rule of Appellate Procedure 42(b) to voluntarily dismiss its cross-appeal, Appeal No. 2022-1583, in the above consolidated action,

IT IS ORDERED THAT:

(1) Medtronic's motion to voluntarily dismiss the cross-appeal is granted. The revised official captions are reflected above.

(2) Each side shall bear its own costs as to Appeal No. 2022-1583.

(3) The Clerk of Court shall transmit a copy of this order to the merits panel assigned to this case.

FOR THE COURT

January 19, 2023            /s/ Peter R. Marksteiner
    Date                    Peter R. Marksteiner
                            Clerk of Court


ISSUED AS A MANDATE (as to only Appeal No. 2022-1583): January 19, 2023